**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-7739

_____

FRANK BOSTON,

              Plaintiff - Appellant,

        v.

WARDEN A. J. PADULA, Lee Correctional Institution; MS.
LIVINGSTON, Law Librarian at Lee Correctional Institution,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Patrick Michael Duffy, District
Judge.   (9:07-cv-00950-PMD)

_____

Submitted:  April 24, 2008          Decided:  April 28, 2008

_____

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Frank Boston, Appellant Pro Se.  John Betts McCutcheon, Jr., Lisa
Arlene Thomas, MCCUTCHEON, MCCUTCHEON & BAXTER, PA, Conway, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Boston appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action and a subsequent order denying his motion to alter or amend judgment. We have reviewed the record and the district court's opinion declining to accept the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boston v. Padula, No. 9:07-cv-00950-PMD (D.S.C. Oct. 10 & Nov. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED